# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **CINDY S. TIPTON,** *next friend of* **SRB, a minor,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 3:09-cv-07 (Phillips) |
| **JAMES STEGALL, in his official and individual capacities; PETER G. BROCKMAN; and PAMELA BROCKMAN;** | ) ) ) ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

The Honorable Thomas W. Phillips, United States District Judge, having dismissed this matter per Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Doc. 32],

**IT IS ORDERED AND ADJUDGED** that all claims against the defendants are **DISMISSED**.

**IT IS SO ORDERED**.

       **ENTER:**

             s/ Patricia L. McNutt
             Clerk of Court